UNITED STATES of America, Plaintiff–Appellee,

v.

Gamaliel SILVAN–GARCIA, Defendant–Appellant.

No. 04–40981.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided June 22, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Gamaliel Silvan–Garcia, Big Spring, TX, pro se.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Gamaliel Silvan–Garcia in this direct criminal appeal has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Silvan–Garcia has not filed a response. Our independent review of the record and

counsel's brief shows that there are no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

UNITED STATES of America, Plaintiff–Appellee,

v.

Gabriel CONRADINO–NAVARRETE, Defendant–Appellant.

No. 04–40455.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided June 22, 2005.

James Lee Turner, Assistant U.S. Attorney, Kathlyn Giannaula Snyder, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Brent Evan Newton, Assistant Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

Gabriel Conradino–Navarrete (Conradino) appeals the sentence following his conviction by a jury for making false representations of his citizenship, in violation of 18 U.S.C. § 911. For the first time on appeal, he argues that the district court erred in imposing a sentence under a mandatory guideline scheme, in violation of *United States v. Booker*, —— U.S. ——, —————, 125 S.Ct. 738, 756–57, 160 L.Ed.2d 621 (2005). Because Conradino did not raise this issue in the district court, this court reviews the argument for plain error. *See United States v. Valenzuela–Quevedo*, 407 F.3d 728, 732–33 (5th Cir. 2005); *see also United States v. Malveaux*, 411 F.3d 558, 560 n. 9 (5th Cir.2005). Thus, Conradino must show: (1) an error; (2) that is clear or plain; (3) that affected his substantial rights; and (4) that seriously affected the fairness, integrity, or public reputation of his judicial proceedings. *United States v. Olano*, 507 U.S. 725, 732–35, 113 S.Ct. 1770, 123 L.Ed.2d 508 (1993).

Conradino argues that the sentencing error was structural and that he thus need not show prejudice. He alternatively maintains that prejudice should be presumed because the violation of his rights may have played a role in the district court's sentencing decision. Conradino makes no showing, as required by *Valenzuela–Quevedo*, that the district court would likely have sentenced him differently under an advisory sentencing scheme. *See Valenzuela–Quevedo*, 407 F.3d at 733–34. Similarly, there is no indication from the court's remarks at sentencing that the court would have reached a different conclusion. Thus, Conradino has not met his burden to show that the district court's imposition of a sentence under a mandatory guideline scheme was plain error. *See id.* Accordingly, Conradino's sentence is AFFIRMED.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under